UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>           Plaintiff,<br><br>   v.<br><br>AYON, et al.,<br><br>           Defendant. | 1:21-cv-00809-SAB (PC)<br><br>ORDER DISREGARDING MOTION TO PROCEED IN FORMA PAUPERIS AS MOOT<br><br>(Doc. No. 8) |

Plaintiff is a state prisoner proceeding pro se in a civil rights action pursuant to 42 U.S.C. Section § 1983.

On June 14, 2021, Plaintiff filed an application to proceed in forma pauperis. Due to the fact that the Court granted Plaintiff's previous application to proceed in forma pauperis in the present case on May 24, 2021, IT IS HEREBY ORDERED that Plaintiff's application of June 14, 2021, is DISREGARDED AS MOOT.

IT IS SO ORDERED.

Dated: **June 16, 2021**

                                                      UNITED STATES MAGISTRATE JUDGE

1