UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>AYON, et al.,<br><br>　　　　　Defendants. | Case No.: 1:21-cv-00809-SAB (PC)<br><br>ORDER DIRECTING CLERK OF COURT TO RANDOMLY ASSIGN A DISTRICT JUDGE TO THIS ACTION<br><br>FINDINGS AND RECOMMENDATION RECOMMENDING DISMISSAL OF CLAIMS AND DEFENDANTS<br><br>(ECF No. 25) |

　　　　Plaintiff Jeremy Jones is proceeding *pro se* and *in forma pauperis* in this civil rights action pursuant to 42 U.S.C. § 1983.

　　　　On January 19, 2022, the Court screened Plaintiff's first amended complaint and found a cognizable retaliation claim against only Defendant Ayon. (ECF No. 18.) However, Plaintiff fails to state any other cognizable claims for relief. Therefore, Plaintiff was informed that he could file an amended complaint or a notice of intent to proceed on the claims found to be cognizable. (Id.)

　　　　On June 3, 2022, Plaintiff timely notified the Court of his intent to proceed on the claim found to be cognizable. (ECF No. 25.) Therefore, the Court will recommend that this action proceed only on Plaintiff's retaliation claim against Defendant Ayon and all other claims and Defendants be dismissed from the action. Fed. R. Civ. P. 8(a); Ashcroft v. Iqbal, 556 U.S. 662, 678 (2009); Bell Atlantic Corp. v. Twombly, 550 U.S. 544, 555 (2007); Hebbe v. Pliler, 627 F.3d 338, 342 (9th Cir.

1

2010).

Accordingly, it is HEREBY ORDERED that the Clerk of Court shall randomly assign a District Judge to this action.

Further, it is HEREBY RECOMMENDED that:

1. This action proceed only on Plaintiff's retaliation claim against Defendant Ayon; and
2. All other claims and Defendants be dismissed for failure to state a cognizable claim.

These Findings and Recommendations will be submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within **fourteen (14) days** after being served with these Findings and Recommendations, Plaintiff may file written objections with the Court.  The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations."  Plaintiff is advised that failure to file objections within the specified time may result in the waiver of rights on appeal.  Wilkerson v. Wheeler, 772 F.3d 834, 838-39 (9th Cir. 2014) (citing Baxter v. Sullivan, 923 F.2d 1391, 1394 (9th Cir. 1991)).

IT IS SO ORDERED.

Dated:   **June 6, 2022**

UNITED STATES MAGISTRATE JUDGE

2