# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES, <br><br>   Plaintiff, <br><br>   v. <br><br> AYON, et al., <br><br>   Defendants. | Case No.: 1:21-cv-0809 JLT SAB (PC) <br><br> ORDER ADOPTING FINDINGS AND RECOMMENDATIONS REGARDING DISMISSAL OF CERTAIN CLAIMS AND DEFENDANTS <br><br> (Doc. 27) |

The assigned magistrate judge determined Plaintiff stated a cognizable retaliation claim against Defendant Ayon in his First Amended Complaint. (Doc. 18.) However, the magistrate judge found Plaintiff failed to state a claim for deprivation of personal property. (*Id.* at 5-6.) Plaintiff filed a notice requesting the case proceed with the retaliation claim only and that he declined to file an amended complaint. (Doc. 25.)

Consequently, the assigned magistrate judge issued Findings and Recommendations that this action proceed only on Plaintiff's retaliation claim against Defendant Ayon, and all other claims and Defendants be dismissed from the action for failure to state a cognizable claim. (Doc. 27.) The Court served the Findings and Recommendations on Plaintiff. It notified Plaintiff that any objections were due within fourteen days. (*Id.* at 2.) The Court also advised Plaintiff "that failure to file objections within the specified time may result in the waiver of rights on appeal." (*Id.*, citing *Wilkerson v.*

1

*Wheeler*, 772 F.3d 834, 838-39 (9th Cir. 2014); *Baxter v. Sullivan*, 923 F.2d 1391, 1394 (9th Cir. 1991).)  Plaintiff filed no objections, and the time to do so has passed.

According to 28 U.S.C. § 636(b)(1)(C), this Court conducted a *de novo* review of this case. Having carefully reviewed the entire matter, the Court concludes the Findings and Recommendations are supported by the record and by proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendations dated June 6, 2022 (Doc. 27), are adopted in full.
2. This action shall proceed on Plaintiff's retaliation claim against Defendant Ayon only.
3. All other claims are dismissed for failure to state cognizable claims upon which relief may be granted.
4. The Clerk of Court is directed to update the docket and terminate Sgt. Castellic as a defendant in the action.
5. This action is referred to the magistrate judge for proceedings consistent with this order.

IT IS SO ORDERED.

Dated:   **June 30, 2022**

UNITED STATES DISTRICT JUDGE

2