UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>    Plaintiff,<br><br>v.<br><br>AYON,<br><br>    Defendant. | Case No. 1:21-cv-00809-JLT-SAB (PC)<br><br>ORDER & WRIT OF HABEAS CORPUS AD TESTIFICANDUM TO PRODUCE **INMATE JEREMY JONES**, CDCR # T-42054<br><br>DATE: February 7, 2023<br>TIME:  1:30 p.m. |

  **Inmate Jeremy Jones, CDCR # T-42054**, a necessary and material witness on his behalf in a settlement conference on February 7, 2023, at 1:30 p.m., is confined at Kern Valley State Prison, in the custody of the Warden.  In order to secure this inmate's attendance, it is necessary that a Writ of Habeas Corpus ad Testificandum issue commanding the custodian to produce the inmate **to appear by video conference (via Zoom) before Magistrate Judge Barbara A. McAuliffe on February 7, 2023 at 1:30 p.m.**

  **ACCORDINGLY, IT IS ORDERED that:**

  1. A Writ of Habeas Corpus ad Testificandum issue, under the seal of this court, commanding the Warden to produce the inmate named above **to appear by video conference (via Zoom)** before the United States District Court at the time and place above, until completion of the proceedings or as ordered by the court;

  2. The custodian is ordered to notify the court of any change in custody of this inmate and is ordered to provide the new custodian with a copy of this writ.

  **WRIT OF HABEAS CORPUS AD TESTIFICANDUM**

  **To: The Warden of Kern Valley State Prison:**

  **WE COMMAND** you to produce the inmate named above **to appear via video conference** at the time and place above, until completion of the proceedings, or as ordered by the court.

  **FURTHER**, you have been ordered to notify the court of any change in custody of the inmate and have been ordered to provide the new custodian with a copy of this writ.

IT IS SO ORDERED.

Dated:  **January 6, 2023**

                        UNITED STATES MAGISTRATE JUDGE

