# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>            Plaintiff,<br><br>    v.<br><br>AYON,<br><br>            Defendant. | Case No. 1:21-cv-00809-JLT-SAB (PC)<br><br>ORDER DISCHARGING WRIT OF HABEAS CORPUS AD TESTIFICANDUM FOR INMATE JEREMY JONES, CDCR T-42054<br><br>(ECF No. 40) |

A settlement conference in this matter commenced on February 7, 2023. Inmate Jeremy Jones, CDCR #T-42054 is no longer needed by the Court as a participant in these proceedings, and the writ of habeas corpus ad testificandum as to this inmate is HEREBY DISCHARGED.

IT IS SO ORDERED.

Dated:  **February 7, 2023**            /s/ *Barbara A. McAuliffe*        
                                                                    UNITED STATES MAGISTRATE JUDGE

1