UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>   Plaintiff,<br><br>   v.<br><br>AYON,<br><br>   Defendant. | No. 1:21-cv-00809-JLT-SAB (PC)<br><br>ORDER APPROVING PARTIES' STIPULATION TO AMEND DISCOVERY AND SCHEDULING ORDER<br><br>(ECF No. 52) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

On November 13, 2023, the parties filed a stipulation to amend the discovery and scheduling order. (ECF No. 52.)

Good cause having been presented, it is HEREBY ORDERED that:

1. The discovery deadline is extended to January 8, 2024;

2. The dispositive motion deadline is extended to March 11, 2024; and

3. All other substantive provisions of the Court's February 8, 2023 remain in effect.

IT IS SO ORDERED.

Dated:   **November 14, 2023**

UNITED STATES MAGISTRATE JUDGE

1