UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JEREMY JONES,<br><br>              Plaintiff,<br><br>     v.<br><br>AYON,<br><br>              Defendant. | No.  1:21-cv-00809-JLT-SAB (PC)<br><br>ORDER DENYING PLAINTIFF'S MOTION TO COMPEL<br><br>(ECF No. 54) |

Plaintiff is proceeding pro se and in forma pauperis in this action filed pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion to compel, filed December 26, 2023. Plaintiff seeks to compel any complaints, investigation, and/or disciplinary action taken against Defendant pursuant to California Penal Code sections 832.7 and 832.8.

On October 24, 2023, the Court granted Plaintiff's motion to compel and ordered Defendant Ayon to "produce copies of any staff or inmate complaints, grievances, disciplinary actions, and operative complaints in lawsuits, from the past 10 years to the present and of which he is aware, that deal with allegations that Defendant Ayon took action/inaction in retaliation." (ECF No. 51 at 7.)  As noted in the Court's October 24, 2023, order, Plaintiff cannot seek

1

documents that exceed the scope of the issues presented in this case. Thus, Plaintiff is not entitled to any and all complaints, investigation, and/or disciplinary action taken action Defendant. Accordingly, even if Plaintiff properly served Defendant with a subsequent discovery request (which is unclear from the instant motion), Plaintiff's request is overbroad. Accordingly, Plaintiff's motion to compel is denied.

IT IS SO ORDERED.

Dated:  **January 2, 2024**

UNITED STATES MAGISTRATE JUDGE